IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

PAUL AMENTO,

        Petitioner,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

        Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2595

Opinion filed December 9, 2014.

Certiorari - Original Jurisdiction.

Paul Amento, pro se, Petitioner.

Mark Hiers, Assistant General Counsel, Florida Commission on Offender Review,
Tallahassee, for Respondent.

PER CURIAM.

        DENIED.

LEWIS, C.J., VAN NORTWICK and SWANSON, JJ., CONCUR.